# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0664
_____

TIMOTHY PARKER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Franklin County.
Francis J. Allman, Jr., Judge.


September 24, 2025

PER CURIAM.

   Dismissed as moot. *See Casiano v. State*, 310 So. 3d 910, 913 (Fla. 2021) ("[A] sentence generally cannot be challenged after it has been fully served . . . .").

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Timothy Parker, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.